ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS PENSION
FUND, WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY CARPENTERS
RELIEF AND CHARITY FUND, and
CARPENTER CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

                Plaintiffs,

- against -

CREATIVE INSTALLATION SERVICES, INC.,
CREATIVE TRUCKING CORP., A-1
INSTALLATION LLC, AND CREATIVE
WAREHOUSING CORP.,

                Defendants.

21 Civ. 5913 (LLS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/23

For reasons made clear on the record at the January 10, 2023 hearing, Plaintiff's Motion for Sanctions (Dkt. No. 23) is denied.

So Ordered.

Dated: New York, New York
       January 13, 2023

                                                Louis L. Stanton
                                                LOUIS L. STANTON
                                                    U.S.D.J.