ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS PENSION
FUND, WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY CARPENTERS
RELIEF AND CHARITY FUND, and
CARPENTER CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

                Plaintiffs,

     - against -

CREATIVE INSTALLATION SERVICES, INC.,
CREATIVE TRUCKING CORP., A-1
INSTALLATION LLC, AND CREATIVE
WAREHOUSING CORP.,

                Defendants.

21 Civ. 5913 (LLS)

ORDER

Following the denial of Plaintiffs' Motion for Sanctions, the pretrial procedures are set as follows:

1. Plaintiffs' Proposed Findings of Ultimate Fact are due to Defendants on or before March 6, 2023. See Individual Rules of Practices Rule 4(A)(1).

2. Defendants' Proposed Counter-Findings of Ultimate Fact with respect to the contested findings are due to Plaintiffs on or before March 20, 2020. Id. § 4(A)(2).

3. Plaintiffs' response is due on or before March 27, 2023. Id. § 4(A)(3).

1

4. On or before April 17, 2023, the parties are to submit to the Court the Joint Pre-trial Order and other materials listed in the Individual Rules of Practice Rule 4(A)(4) & 4(B)(2).

5. The Final Pre-trial Conference is scheduled for Friday, April 28, 2023 at 3:00pm.

No document or exhibited proffered by Defendants will be received in evidence unless it has been disclosed and made available to Plaintiffs at least 45 days before the Final Pre-trial Conference, or Plaintiffs' consent.

On or before March 27, 2023, Defendants shall furnish Plaintiffs with the proposed testimony of any and every defense witness. Defense testimony or any portion of it which has not been so disclosed will not be received in evidence unless Plaintiffs' consent.

So Ordered.

Dated:  New York, New York
        January 24, 2023

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.

2