

# VIRGINIA & AMBINDER LLP
Attorneys at Law

**MEMO ENDORSED**

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

May 2, 2023

**Adrianna R. Grancio**
Partner
agrancio@vandallp.com

**VIA ELECTRONIC CASE FILING**

Honorable Louis L. Stanton, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOC...
ELEC... FILED
DOC #
DATE FILED: 5/4/23

Re: **Trs. of the N.Y.C. Dist. Council of Carpenters Pension Fund, et al. v. Creative Installation Services, Inc., et al., 21 CV 5913(LLS)**

Dear Judge Stanton:

This firm represents the Plaintiffs in the above-referenced matter. Plaintiffs write, jointly with Defendants, to respectfully request a brief two-week extension of the deadline for the parties to submit their joint pre-trial order to the Court, currently scheduled for May 16, 2023. *See* ECF Dkt. 42.

As previously reported to the Court, the parties conducted a meet and confer regarding pre-trial submissions and concluded that settlement discussions between the parties appeared promising. *See* ECF Dkt. 41. Unfortunately, settlement discussions have taken longer than previously anticipated, but the parties remain optimistic that settlement can and will be reached. The parties also previously reported to the Court that counsel for Plaintiffs will be out of the country and unavailable from May 3, through May 13, 2023. *Id.* In light of counsel's absence, the parties respectfully request a brief two-week extension of time to submit their joint pre-trial materials to the Court, from May 16, 2023 through and including May 30, 2023. This brief extension will allow the parties time to finalize their submissions upon counsel's return to the office.

This request is the parties' second request for an extension of time to submit their pre-trial materials. Should the Court grant this request, the final pre-trial conference scheduled for May 18, 2023 at 2:30 p.m. will need to be adjourned accordingly. All parties consent to this request.

The parties thank the Court for its time and attention to this matter.

Respectfully submitted,
/s/
Adrianna R. Grancio

cc: All Counsel of Record (via ECF)

*Granted*
Louis L. Stanton
5/4/23

To June 2 '23 at 2:30 P.M

LLS
5/4/23