**MEMO ENDORSED**


**OLENDER FELDMAN**
ATTORNEYS AT LAW

Louis A. Felicetta Esq.
908-349-1419
lfelicetta@olenderfeldman.com
*Please respond to New Jersey address*

May 26, 2023

**VIA ECF**
Honorable Louis L. Stanton, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/26/23

Re:   *Trs. of the N.Y.C. Dist. Council of Carpenters Pension Fund, et al. v. Creative Installation Services, Inc., et al.*, 21-CV-5913(LLS)

Dear Judge Stanton:

As you may know, this firm represents Defendant Creative Installation Services, Inc. ("Defendant") in the above-referenced matter. Defendant writes, with consent of Plaintiffs' counsel, to respectfully request adjournments of the following:

- Submission of Joint Pretrial Order:   May 30, 2023
- Final Pretrial Conference:   June 9, 2023

The reason for this request is that Jill Conroy, who has all settlement authority for Defendant, recently had emergency surgery and has been unable to communicate with counsel due to her recovery. In light of this unexpected emergency, we respectfully request a 30-day adjournment of the above detailed deadlines.

We thank the Court for its consideration of this request.

*Granted. The final PTC will be at 12 noon Fri. July 14, 2023*

Respectfully submitted,

*Louis A. Felicetta*
LOUIS A. FELICETTA, ESQ.

*Louis L. Stanton*
5/26/23

cc:   Adrianna Grancio, Esq. (via ECF)

**New Jersey**
422 Morris Avenue
Summit, New Jersey 07901

**New York**
1180 Avenue of the Americas, 8th Floor
New York, New York 10036

olenderfeldman.com
fax: 908-810-6631