
**OLENDER FELDMAN**
ATTORNEYS AT LAW

Louis A. Felicetta Esq.
908-349-1419
lfelicetta@olenderfeldman.com
*Please respond to New Jersey address*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/23

June 28, 2023

VIA ECF
Honorable Louis L. Stanton, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *Trs. of the N.Y.C. Dist. Council of Carpenters Pension Fund, et al.*
      *v. Creative Installation Services, Inc., et al.*, 21-CV-5913(LLS)

Dear Judge Stanton:

As you may know, this firm represents Defendant Creative Installation Services, Inc. ("Defendant") in the above-referenced matter. Defendant writes, with consent of Plaintiffs' counsel, to respectfully request adjournments of the following:

- Submission of Joint Pretrial Order: June 29, 2023 — *to Monday July 31*
- Final Pretrial Conference: July 14, 2023 — *to Friday August 18 at 12:30*

The reason for this request is that Jill Conroy, who has all settlement authority for Defendant, is still recovering from her recent emergency surgery and has been unable to fully finalize any potential resolution of this matter. We respectfully request a 30-day adjournment of the above detailed deadlines in order to allow counsel additional time to resolve this matter.

We thank the Court for its consideration of this request.

*So Ordered*
*Louis L. Stanton*
*6/29/23*

Respectfully submitted,

*Louis A. Felicetta*
LOUIS A. FELICETTA, ESQ.

cc:   Adrianna Grancio, Esq. (via ECF)

---

**New Jersey**
422 Morris Avenue
Summit, New Jersey 07901

**New York**
1180 Avenue of the Americas, 8th Floor
New York, New York 10036

olenderfeldman.com
fax: 908-810-6631