

**MEMO ENDORSED**

Louis A. Felicetta Esq.
908-349-1419
lfelicetta@olenderfeldman.com
*Please respond to New Jersey address*

July 27, 2023

**VIA ECF**
Honorable Louis L. Stanton, U.S.D.J.
United States District Court Southern
District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/23

Re: *Trs. of the N.Y.C. Dist. Council of Carpenters Pension Fund, et al. v. Creative Installation Services, Inc., et al.*, 21-CV-5913(LLS)

Dear Judge Stanton:

As you may know, this firm represents Defendant Creative Installation Services, Inc. ("Defendant") in the above-referenced matter. Defendant writes, with consent of Plaintiffs' counsel, to respectfully request adjournments of the following:

- Submission of Joint Pretrial Order: July 31, 2023 — *adjourned to August 30 '23*
- Final Pretrial Conference: August 18, 2023 — *" " Sept. 22 at 3 PM*

The reason for this request is that Jill Conroy, who has all settlement authority for Defendant, has just recently recovered and is able to address settlement of this matter. We respectfully request a 30-day adjournment of the above detailed deadlines in order to allow counsel additional time to resolve this matter.

*So Ordered*
*Louis L. Stanton*
*7/28/23*

We thank the Court for its consideration of this request.

Respectfully submitted,

*Louis A. Felicetta*
LOUIS A. FELICETTA, ESQ.

cc: Adrianna Grancio, Esq. (via ECF)

**New Jersey**
422 Morris Avenue
Summit, New Jersey 07901

**New York**
1180 Avenue of the Americas, 8th Floor
New York, New York 10036

olenderfeldman.com
fax: 908-810-6631