ORIGINAL



**OLENDER FELDMAN**
ATTORNEYS AT LAW

Louis A. Felicetta Esq.
908-349-1419
lfelicetta@olenderfeldman.com
*Please respond to New Jersey address*

August 28, 2023



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/23

**VIA ECF**
Honorable Louis L. Stanton, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Trs. of the N.Y.C. Dist. Council of Carpenters Pension Fund, et al. v. Creative Installation Services, Inc., et al., 21-CV-5913(LLS)**

Dear Judge Stanton:

As you may know, this firm represents Defendant Creative Installation Services, Inc. ("Defendant") in the above-referenced matter. Defendant writes, with consent of Plaintiffs' counsel, to respectfully request adjournments of the following:

- Submission of Joint Pretrial Order:   August 30, 2023
- Final Pretrial Conference:   September 22, 2023

The reason for this request is the parties are working through a revised settlement offer. We respectfully request a 30-day adjournment of the above detailed deadlines in order to allow counsel additional time to resolve this matter.

We thank the Court for its consideration of this request.

So Ordered.
Louis L Stanton
8/30/23

Respectfully submitted,

*Louis A. Felicetta*
LOUIS A. FELICETTA, ESQ.

cc:   Adrianna Grancio, Esq. (via ECF)

MEMO ENDORSED

**New Jersey**
422 Morris Avenue
Summit, New Jersey 07901

**New York**
1180 Avenue of the Americas, 8th Floor
New York, New York 10036

olenderfeldman.com
fax: 908-810-6631