

ORIGINAL
OLENDER FELDMAN
ATTORNEYS AT LAW
MEMO ENDORSED

Louis A. Felicetta Esq.
908-349-1419
lfelicetta@olenderfeldman.com
*Please respond to New Jersey address*

November 29, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/23

**VIA ECF**
Honorable Louis L. Stanton, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Trs. of the N.Y.C. Dist. Council of Carpenters Pension Fund, et al. v. Creative Installation Services, Inc., et al.*, 21-CV-5913(LLS)

Dear Judge Stanton:

As you may know, this firm represents Defendant Creative Installation Services, Inc. ("Defendant") in the above-referenced matter. Defendant writes, with consent of Plaintiffs' counsel, to respectfully request adjournments of the following:

- Submission of Joint Pretrial Order: November 30, 2023 — Until Jan. 2, '24
- Final Pretrial Conference: December 8, 2023 — Until Jan 5, '24 at 12:30 pm

The reason for this request is the parties are continuing to work through a revised settlement offer. We respectfully request a 30-day adjournment of the above detailed deadlines in order to allow counsel additional time to resolve this matter.

granted
Louis L. Stanton
11/30/23

We thank the Court for its consideration of this request.

Respectfully submitted,

*Louis A. Felicetta*
LOUIS A. FELICETTA, ESQ.

cc: Adrianna Grancio, Esq. (via ECF)

---

**New Jersey**
422 Morris Avenue
Summit, New Jersey 07901

**New York**
1180 Avenue of the Americas, 8th Floor
New York, New York 10036

olenderfeldman.com
fax: 908-810-6631