ORIGINAL



**OLENDER FELDMAN**
ATTORNEYS AT LAW

Louis A. Felicetta Esq.
908-349-1419
lfelicetta@olenderfeldman.com
*Please respond to New Jersey address*

January 3, 2024

**VIA ECF**
Honorable Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/24

Re: *Trs. of the N.Y.C. Dist. Council of Carpenters Pension Fund, et al. v. Creative Installation Services, Inc., et al.*, 21-CV-5913(LLS)

Dear Judge Stanton:

As you may know, this firm represents Defendant Creative Installation Services, Inc. ("Defendant") in the above-referenced matter. Defendant writes, with consent of Plaintiffs' counsel, to respectfully request adjournments of the following:

- Submission of Joint Pretrial Order: January 2, 2024
- Final Pretrial Conference: January 5, 2024

The reason for this request is the parties are continuing to work through another revised settlement offer and moving toward preparing proposed settlement documents. We respectfully request a 30-day adjournment of the above detailed deadlines in order to allow counsel additional time to resolve this matter.

We thank the Court for its consideration of this request.

*Granted*
*Louis L. Stanton*
*1/4/24*

Respectfully submitted,

*Louis A. Felicetta*
LOUIS A. FELICETTA, ESQ.

cc: Adrianna Grancio, Esq. (via ECF)

---

**New Jersey**
422 Morris Avenue
Summit, New Jersey 07901

**New York**
1180 Avenue of the Americas, 8th Floor
New York, New York 10036

olenderfeldman.com
fax: 908-810-6631