ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

    Plaintiffs,

- against -

CREATIVE INSTALLATION SERVICES, INC., CREATIVE TRUCKING CORP., A-1 INSTALLATION LLC, AND CREATIVE WAREHOUSING CORP.,

    Defendants.

21 Civ. 5913 (LLS)

ORDER

    This is the last in a series of request for adjournments, which the Court has granted since April 2023. The present request for adjournment is granted.

    The final pretrial conference will be held on Friday, March 15, 2024 at 12 o'clock noon. Trial of this case is set for Monday, March 25, 2024, and (except for death) no further adjournments will be granted.

    So ordered.

Dated:    New York, New York
          February 7, 2024

                                    _Louis L. Stanton_
                                      LOUIS L. STANTON
                                          U.S.D.J.