ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, <br><br> Plaintiffs, <br><br> -against- <br><br> CREATIVE INSTALLATION SERVICES, INC., CREATIVE TRUCKING CORP., A-1 INSTALLATION LLC, AND CREATIVE WAREHOUSING CORP. <br><br> Defendants. | 21 CV 5913 (LLS) <br><br> **CONSENT JUDGMENT** <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 3/19/24 |

With the consent of all parties, the Court hereby renders judgment as follows:

1. Judgment is entered in favor of Plaintiffs Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, Trustees of the New York City Carpenters Relief and Charity Fund, and the Carpenter Contractor Alliance of Metropolitan New York and against Defendants Creative Installation Services, Inc., Creative Trucking Corp., A-1 Installation LLC, and Creative Warehousing Corp., jointly and severally in the amount of $1,328,767.79.

2. The undersigned parties stipulate to and request entry of this Consent Judgment.

*[Signature page to follow]*

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, AND THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK | CREATIVE INSTALLATION SERVICES, INC. |
| By: /s/ Paul Capurso<br>Name: Paul Capurso<br>Title: Trustee<br>Date: 3/19/24 | By: /s/<br>Name: Jill Cana<br>Title: President<br>Date: |
| **CREATIVE TRUCKING CORP.** | **A-1 INSTALLATION LLC**<br>3-14-2024 |
| By: /s/<br>Name: Anthony Conroy, Jr.<br>Title: Manager<br>Date: 3/14/24 | By: /s/<br>Name: Anthony Conroy, Jr.<br>Title: Manager<br>Date: 3-14-24 |
| **CREATIVE WAREHOUSING CORP.** | |
| By: /s/ Alyssa Conroy<br>Name: Alyssa Conroy<br>Title: President<br>Date: 3-14-2024 | |

**SO ORDERED:**

_____
Louis L. Stanton
**HON. LOUIS L. STANTON**
**UNITED STATES DISTRICT JUDGE**

3/19/24